```
 1 | Gerald C. Sterns (SBN 029976)
   | Eric M. Steinle (SBN 201117)
 2 | STERNS & WALKER
   | 901 Clay Street
 3 | Oakland, CA 94607
   | Tel (510) 267-0500
 4 | Fax (510) 267-0506
   | e-mail sterns@trial-law.com
 5 |
   | Attorneys for Plaintiffs
 6 |
```

[FILED CLERK, U.S. DISTRICT COURT SEP 26 2006 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY]

[LODGED CLERK, U.S. DISTRICT COURT SEP 22 2006 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Beatrice Hsiao, et al., | Case No.: CV 05-01542 FMC (SSx) |
| Plaintiffs, | [████] ORDER TO COMPROMISE OF THE CLAIM OF A MINOR |
| vs. | |
| Engine Components, Inc., et al., | Fed.R.Civ.P. 17 L.R. 83-5 |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

[DOCKETED ON CM SEP 28 2006 BY 012]

BY FAX

1

[PROPOSED] ORDER FOR MINOR'S COMPROMISE
Hsiao v. ECI, C.D. Cal. Action No. C05-01542 FMC (SSx)

ORDER

The Petition to Compromise the Claim of a Minor, submitted on behalf of Nicholas W. Hsiao Abukar, having come before this Court, and there being no opposition to it, it is hereby ordered and adjudged as follows:

The Petition is APPROVED. Further, the attorney's fee for the minor's portion of the settlement, pursuant to L.R. 83-5.3, shall be 33 1/3 %. The balance of the minor's funds shall be deposited into the trust account number 2002002480296, with Oppenheimer Funds Distributor, Inc., P.O. Box 5270, Denver, CO 80217-5270, telephone 800.525.7048, to be held until Nicholas's eighteenth birthday on December 3, 2015. On that date, the funds shall be released to Nicholas W. Hsiao-Abukar without further order of this Court.

IT IS SO ORDERED.

Date: Sept. 26, 2006          _____
                              UNITED STATES DISTRICT COURT JUDGE

2
[PROPOSED] ORDER FOR MINOR'S COMPROMISE
Hsiao v. ECI, C.D. Cal. Action No. C05-01542 FMC (SSx)